| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100   FAX No: 631-367-1173 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court - Southern District Of New York

Plaintiff: City of St. Clair Shores Police & Fire Retirement System
Defendant: Gildan Activewear, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CIV5048 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:    Laurence G. Sellyn
   b. Person served:   Laurence G. Sellyn, Personally

4. Address where the party was served:   600 De Maisonneuve West
                                         Suite 3318
                                         Montreal, Canada

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 09, 2008 (2) at: 11:35AM

7. **Person Who Served Papers:**
   a. Michel Kohlhuber
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

13/06/08
(Date)                    (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires  ex-officio
                       (Date)

AFFIDAVIT OF SERVICE
Summons & Complaint

(Notary Public)
Me D. Van Nguyen, Notaire
460 St-Gabriel, 4ième étage
Montréal, Québec H2Y 2Z9
Tél.: (514) 395-8704

sarud.103197