| *Attorney or Party without Attorney:* <br> Samuel H. Rudman, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100   FAX No: 631-367-1173 | *For Court Use Only* |
|---|---|
| | *Ref. No. or File No.:* |
| *Attorney for:* Plaintiff | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court - Southern District Of New York |

| *Plaintiff:* City of St. Clair Shores Police & Fire Retirement System |
|---|
| *Defendant:* Gildan Activewear, Inc., et al. |

| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 08CIV5048 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:              Gildan Activewear, Inc.
   b. Person served:             Laurence G. Sellyn, Executive Vice President / Authorized to Accept Service

4. Address where the party was served:   600 De Maisonneuve West
                                         Suite 3318
                                         Montreal, Canada

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 09, 2008 (2) at: 11:35AM

7. **Person Who Served Papers:**
   a. Michel Kohlhuber
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

13/06/08
*(Date)*            *(Signature)*

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires _____
                      *(Date)*

_____
*(Notary Public)*
460 St-Gabriel, 4ième étage
Montréal, Québec H2Y 2Z9
Tél.: (514) 395-8704

AFFIDAVIT OF SERVICE
Summons & Complaint

sarud.103195
13