| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court - Southern District Of New York | | | | |
| Plaintiff: City of St. Clair Shores Police & Fire Retirement System | | | | |
| Defendant: Gildan Activewear, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CIV5048 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:     Glenn J. Chamandy
   b. Person served:    Laurence G. Sellyn, Executive Vice President / Authorized to Accept Service

4. Address where the party was served:    600 De Maisonneuve West
                                          Suite 3318
                                          Montreal, Canada

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 09, 2008 (2) at: 11:35AM

7. **Person Who Served Papers:**
   a. Michel Kohlhuber
   b. **Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   13/06/08
   (Date)    (Signature)

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

   My Commission Expires ex-officio
   (Date)

   (Notary Public)
   Montréal, Québec H2M8Z8    arud.103196
   Tél.: (514) 395-8704

   AFFIDAVIT OF SERVICE
   Summons & Complaint