UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
CITY OF ST. CLAIR SHORES POLICE :
AND FIRE RETIREMENT SYSTEM, :
Individually And On Behalf of All Others : 08 Civ. 5048 (HB)
Similarly Situated, :
 :
              Plaintiff, :
 : **NOTICE OF APPEARANCE**
      -against- :
 :
GILDAN ACTIVEWEAR INC., GLENN J. :
CHAMANDY and LAURENCE G. : *ECF CASE*
SELLYN, :
 :
             Defendants. :
------------------------------------------------------- x

      PLEASE TAKE NOTICE that the undersigned has been retained by Defendants in this matter.

      I am admitted to practice in this District.

Dated: New York, New York     Respectfully submitted,
       July 10, 2008

                           /s
                       Brian T. Frawley (BF 9722)
                       SULLIVAN & CROMWELL LLP
                       125 Broad Street
                       New York, New York 10004
                       (212) 558-4000 (telephone)
                       (212) 558-3588 (facsimile)

                       *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on the 10th day of July, 2008, a true and correct copy of the foregoing Notice of Appearance was served via ECF on the following counsel of record:

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
58 South Service Road, Suite 200
Melville, New York 11747

            By:   s/
               Brian T. Frawley

- 2 -