UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

CITY OF ST. CLAIR SHORES POLICE   :
AND FIRE RETIREMENT SYSTEM,   :
Individually And On Behalf of All Others   :    08 Civ. 5048 (HB)
Similarly Situated,   :
  :
            Plaintiff,   :
  :     **NOTICE OF APPEARANCE**
  :
      -against-   :
  :
GILDAN ACTIVEWEAR INC., GLENN J.   :    *ECF CASE*
CHAMANDY and LAURENCE G.   :
SELLYN,   :
  :
        Defendants.   :

------------------------------------------------------ x

      PLEASE TAKE NOTICE that the undersigned has been retained by

Defendants in this matter.

      I am admitted to practice in this District.

Dated: New York, New York       Respectfully submitted,
        July 10, 2008

                                 s/
                           _____
                           Steven L. Holley (SH 2485)
                           SULLIVAN & CROMWELL LLP
                           125 Broad Street
                           New York, New York  10004
                           (212) 558-4000 (telephone)
                           (212) 558-3588 (facsimile)

                           *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 10th day of July, 2008, a true and correct copy of

the foregoing Notice of Appearance was served via ECF on the following counsel of record:


COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
58 South Service Road, Suite 200
Melville, New York 11747


By: _____s/_____
                Steven L. Holley