UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
CITY OF ST. CLAIR SHORES POLICE
AND FIRE RETIREMENT SYSTEM,
Individually And On Behalf of All Others
Similarly Situated,

          Plaintiff,

          -against-

GILDAN ACTIVEWEAR INC., GLENN J.
CHAMANDY and LAURENCE G.
SELLYN,

          Defendants.
------------------------------------------------------- x

08 Civ. 5048 (HB)

**DEFENDANTS' RULE 7.1
<u>DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants state that Gildan Activewear Inc. ("Gildan") is a publicly traded corporation. Gildan has no parent corporation. To the best of Defendants' knowledge, Fidelity Management & Research Company, a wholly-owned subsidiary of FMR Corp., together with its affiliates owns 10% or more of the stock of Gildan.

Dated: New York, New York
      July 10, 2008

Respectfully submitted,

*[signature]*
Steven L. Holley
Brian T. Frawley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000 (telephone)
(212) 558-3588 (facsimile)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 10th day of July, 2008, a true and correct copy of the foregoing Rule 7.1 Disclosure Statement was served via ECF and U.S. Mail on the following counsel of record:

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
58 South Service Road, Suite 200
Melville, New York 11747

By: _____s/_____
     Brian T. Frawley