UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
CITY OF ST. CLAIR SHORES POLICE AND : Civil Action No. 1:08-cv-05048-HB
FIRE RETIREMENT SYSTEM, on Behalf of :
Itself and All Others Similarly Situated, :
      :
            Plaintiff, : **NOTICE AND MOTION OF THE**
      : **POLICE AND FIRE RETIREMENT**
   vs. : **SYSTEM OF THE CITY OF DETROIT**
      : **FOR EXTENSION OF TIME TO FILE**
      : **UNDER FEDERAL RULE OF CIVIL**
GILDAN ACTIVEWEAR, INC., GLENN J. : **PROCEDURE RULE 6(b)(1)(B)**
CHAMANDY and LAURENCE G. SELLYN, :
      :
            Defendants. :
      :
———————————————————— x

PLEASE TAKE NOTICE that Institutional Investor class member and lead plaintiff movant Police and Fire Retirement System of the City of Detroit ("Detroit Police and Fire" or "Movant"), by and through its counsel, hereby moves this Court for an order, submitted herewith, extending the deadline one day for filing its response to the Motion of the Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

In support of this motion, City of Detroit submits herewith a memorandum of law and the Declaration of Arthur L. Shingler III.

DATED: August 19, 2008                    Respectfully submitted,

                                          SCOTT + SCOTT, LLP


                                          /s/ David R. Scott
                                          DAVID R. SCOTT (DS 8053)
                                          108 Norwich Avenue
                                          P.O. Box 192
                                          Colchester, CT 06415
                                          Tel: 860/537-5537
                                          Fax: 860/537-4432
                                          Email: drscott@scott-scott.com


                                          SCOTT + SCOTT, LLP
                                          BETH KASWAN
                                          29 West 57th Street
                                          New York, NY 10019
                                          Tel: 212/223-6444
                                          Fax: 212/223-6334
                                          Email: bkaswan@scott-scott.com

                                          Proposed Lead Counsel

                                          Attorneys for Police and Fire Retirement System of
                                          the City of Detroit

## CERTIFICATE OF SERVICE

I, David R. Scott, hereby certify that a copy of the foregoing was served on all parties on August 19, 2008 via the Court's ECF system.

/s/ David R. Scott