UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
CITY OF ST. CLAIR SHORES POLICE AND : Civil Action No. 1:08-cv-05048-HB
FIRE RETIREMENT SYSTEM, on Behalf of :
Itself and All Others Similarly Situated, : **DECLARATION OF ARTHUR L.**
: **SHINGLER III IN SUPPORT OF**
         Plaintiff, : **MOTION OF THE POLICE AND FIRE**
: **RETIREMENT SYSTEM OF THE CITY**
   vs. : **OF DETROIT FOR EXTENSION OF**
: **TIME TO FILE UNDER FEDERAL RULE**
: **OF CIVIL PROCEDURE 6(b)(1)(B)**
GILDAN ACTIVEWEAR, INC., GLENN J. :
CHAMANDY and LAURENCE G. SELLYN, :
:
         Defendants. :
:
———————————————————— x

I, Arthur L. Shingler III, swear as follows:

1. I am a partner with the law firm of Scott + Scott LLP, counsel for lead plaintiff movant and class member Police and Fire Retirement System of the City of Detroit ("Detroit Police and Fire" or "Movant"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On August 19, 2008, I became aware of an inadvertent calendaring error that could potentially result in the untimely filing of the Detroit Police and Fire's Response to the Motion to Consolidate Cases, to be Appointed Lead Plaintiff and to Appoint Lead Counsel ("Response").

3. The calendaring error was made in good faith by an associate attorney of Scott + Scott LLP based on the August 4, 2008 re-filing of Institutional Investor Group's Motion to Consolidate Cases, to be Appointed Lead Plaintiff and to Appoint Lead Counsel. This matter has been rectified.

4. Upon notice of the error, I completed the Response briefing immediately and filed with the Court to ensure the least possible delay was caused by the error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of August, 2008, at San Diego, California

/s/ Arthur L. Shingler III
ARTHUR L. SHINGLER III

## CERTIFICATE OF SERVICE

I, David R. Scott, hereby certify that a copy of the foregoing was served on all parties on August 19, 2008 via the Court's ECF system.

/s/ David R. Scott