UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––––– x
CITY OF ST. CLAIR SHORES POLICE AND : Civil Action No. 1:08-cv-05048-HB
FIRE RETIREMENT SYSTEM, on Behalf of :
Itself and All Others Similarly Situated, :
: 
                  Plaintiff, : **NOTICE AND MOTION OF THE**
: **POLICE AND FIRE RETIREMENT**
    vs. : **SYSTEM OF THE CITY OF DETROIT**
: **FOR EXTENSION OF TIME TO FILE**
: **UNDER FEDERAL RULE OF CIVIL**
GILDAN ACTIVEWEAR, INC., GLENN J. : **PROCEDURE RULE 6(b)(1)(B)**
CHAMANDY and LAURENCE G. SELLYN, :
:
                  Defendants. :
––––––––––––––––––––––––––––––––––––––––– x

2

PLEASE TAKE NOTICE that Institutional Investor class member and lead plaintiff movant Police and Fire Retirement System of the City of Detroit ("Detroit Police and Fire" or "Movant"), by and through its counsel, hereby moves this Court for an order, submitted herewith, extending the deadline one day for filing its response to the Motion of the Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

In support of this motion, City of Detroit submits herewith a memorandum of law and the Declaration of Arthur L. Shingler III.

DATED: August 19, 2008

Respectfully submitted,

SCOTT + SCOTT, LLP

/s/ David R. Scott
DAVID R. SCOTT (DS 8053)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: 860/537-5537
Fax: 860/537-4432
Email: drscott@scott-scott.com

SCOTT + SCOTT, LLP
BETH KASWAN
29 West 57th Street
New York, NY 10019
Tel: 212/223-6444
Fax: 212/223-6334
Email: bkaswan@scott-scott.com

Proposed Lead Counsel

Attorneys for Police and Fire Retirement System of the City of Detroit

**CERTIFICATE OF SERVICE**

I, David R. Scott, hereby certify that a copy of the foregoing was served on all parties on August 19, 2008 via the Court's ECF system.

/s/ David R. Scott

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
CITY OF ST. CLAIR SHORES POLICE AND : Civil Action No. 1:08-cv-05048-HB
FIRE RETIREMENT SYSTEM, on Behalf of :
Itself and All Others Similarly Situated, :
                :
          Plaintiff,   : **[PROPOSED] ORDER**
                :
  vs.               :
                :
GILDAN ACTIVEWEAR, INC., GLENN J. :
CHAMANDY and LAURENCE G. SELLYN, :
                :
        Defendants.   :
------------------------------------------------------------ x

Having considered the Motion of the Police and Fire Retirement System of the City of Detroit ("Movant") for Extension of Time to File Under Federal Rule of Civil Procedure 6(b)(1)(B),

IT IS HEREBY ORDERED THAT:

1.  Movant's Motion is GRANTED.

2.  Pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, the Movant is granted a one-day extension to file its response to the Motion of the Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel on August 19, 2008.

IT IS SO ORDERED.

DATED: _____          _____
                                  UNITED STATES DISTRICT JUDGE