UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
CITY OF ST. CLAIR SHORES POLICE AND :  Civil Action No. 1:08-cv-05048-HB
FIRE RETIREMENT SYSTEM, on Behalf of :
Itself and All Others Similarly Situated, :
                                         :
                    Plaintiff,           :
                                         :
    vs.                                  :
                                         :
GILDAN ACTIVEWEAR, INC., GLENN J.        :
CHAMANDY and LAURENCE G. SELLYN,         :
                                         :
                    Defendants.          :
                                         :
---------------------------------------------------------------- x

---------------------------------------------------------------- x
THE POLICE AND FIRE RETIREMENT           :  Civil Action No. 1:08-cv-05717-UA
SYSTEM OF THE CITY OF DETROIT, on        :
Behalf of Itself and All Others Similarly :
Situated,                                :
                                         :
                    Plaintiff,           :
                                         :
    vs.                                  :
                                         :
GILDAN ACTIVEWEAR, INC., LAURENCE        :
G. SELLYN, and GLENN J. CHAMANDY,        :
                                         :
                    Defendants.          :
                                         :
---------------------------------------------------------------- x

[Caption Continued on Next Page]

———————————————————— x
ALEJANDRO ALEGRE, on Behalf of Himself : Civil Action No. 1:08-cv-01644-HB
and All Others Similarly Situated,
                                    :
            Plaintiff,              :
                                    :
vs.                                 :
                                    :
GILDAN ACTIVEWEAR, INC., GLENN J.   :
CHAMANDY and LAURENCE G. SELLYN,    :
                                    :
            Defendants.             :
———————————————————— x

## NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that, without prejudice to its position that the related actions should be consolidated, Plaintiff Police and Fire Retirement System of the City of Detroit hereby withdraws its August 1, 2008 Motion to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel.

DATED: August 26, 2008         Respectfully submitted,

                               SCOTT + SCOTT, LLP


                               /s/ David R. Scott
                               DAVID R. SCOTT (DS 8053)
                               108 Norwich Avenue
                               P.O. Box 192
                               Colchester, CT 06415
                               Tel: 860/537-5537
                               Fax: 860/537-4432
                               Email: drscott@scott-scott.com

SCOTT + SCOTT, LLP
BETH KASWAN
29 West 57th Street
New York, NY 10019
Tel: 212/223-6444
Fax: 212/223-6334
Email: bkaswan@scott-scott.com

**Attorneys for Police and Fire Retirement System
of the City of Detroit**

3

## CERTIFICATE OF SERVICE

I, David R. Scott, hereby certify that a copy of the foregoing was served on all parties on August 26, 2008 via the Court's ECF system.

/s/ David R. Scott