UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――x
CITY OF ST. CLAIR SHORES POLICE AND : 
FIRE RETIREMENT SYSTEM, Individually : Electronically Filed
and on Behalf of All Others Similarly Situated, :
: Civil Action No.: 1:08-cv-05048 (HB)
Plaintiff, : (ECF Case)
v. :
: Hon. Harold Baer
GILDAN ACTIVEWEAR INC., GLENN J. :
CHAMANDY and LAURENCE G. SELLYN, :
:
Defendants. :
:
―――――――――――――――――――――――x

*(Additional Captions on the Following Page)*

**NOTICE OF NON-OPPOSITION TO THE MOTION OF THE INSTITUTIONAL INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

————————————————————————x
THE POLICE AND FIRE RETIREMENT    :
SYSTEM OF THE CITY OF DETROIT, on  :   Electronically Filed
Behalf of Itself and All Others Similarly :
Situated,                          :   Civil Action No.: 1:08-cv-05717 (HB)
                                   :   (ECF Case)
    Plaintiff,     :
 v.                           :   Hon. Harold Baer
                                   :
GILDAN ACTIVEWEAR INC., LAURENCE   :
G. SELLYN, and GLENN J. CHAMANDY.  :
                                   :
    Defendants.    :
                                   :
————————————————————————x
ALEJANDRO ALEGRE, Individually and on :
Behalf of All Others Similarly Situated, :   Electronically Filed
                                   :
    Plaintiff,     :   Civil Action No.: 1:08-cv-06144 (HB)
 v.                           :   (ECF Case)
                                   :
GILDAN ACTIVEWEAR INC., GLENN J.   :   Hon. Harold Baer
CHAMANDY and LAURENCE G. SELLYN,   :
                                   :
    Defendants.    :
                                   :
————————————————————————x

On August 1, 2008, Norfolk County Retirement System, City of Pontiac Policemen's and Firemen's Retirement Systems, and City of St. Clair Shores Police and Fire Retirement System (collectively, the "Institutional Investor Group") moved this Court pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Rule 42 of the Federal Rules of Civil Procedure, for an order: (i) consolidating the above-captioned and related actions; (ii) appointing the Institutional Investor Group as lead plaintiff of a class of purchasers of the securities of Gildan Activewear, Inc.; and (iii) approving the Institutional Investor Group's selection of Labaton Sucharow LLP and Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel for the Class.

The motion of the Institutional Investor Group was opposed by then-competing lead plaintiff movant Police and Fire Retirement Systems of the City of Detroit ("Detroit"). However, Detroit withdrew its competing motion on August 26, 2008. Accordingly, the Institutional Investor Group's motion is unopposed. Because the Institutional Investor Group meets all of the PSLRA's requirements for appointment as lead plaintiff, as demonstrated in its opening and response papers, and because its motion is unopposed, the motion should be granted.

Dated: September 2, 2008                                      Respectfully submitted,

**LABATON SUCHAROW LLP**

By:    */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:    (212) 907-0700
Facsimile:     (212) 818-0477

**COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:    (631) 367-7100
Facsimile:    (631) 367-1173

*Attorneys for the Institutional Investor
Group and Proposed Lead Counsel
for the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x
CITY OF ST. CLAIR SHORES POLICE AND : 
FIRE RETIREMENT SYSTEM, Individually : Electronically Filed
and on Behalf of All Others Similarly Situated, :
                                                                : Civil Action No.: 1:08-cv-05048 (HB)
                              Plaintiff, : (ECF Case)
                v. :
                                                                   : Hon. Harold Baer
GILDAN ACTIVEWEAR INC., GLENN J. :
CHAMANDY and LAURENCE G. SELLYN, :
                                                               :
                             Defendants. :
                                                                :
————————————————————————x
*(Additional Captions on the Following Page)*

**CERTIFICATE OF SERVICE**

――――――――――――――――――――――x
THE POLICE AND FIRE RETIREMENT     :
SYSTEM OF THE CITY OF DETROIT, on  :   Electronically Filed
Behalf of Itself and All Others Similarly :
Situated,                          :   Civil Action No.: 1:08-cv-05717 (HB)
                                   :   (ECF Case)
            Plaintiff,             :
     v.                            :   Hon. Harold Baer
                                   :
GILDAN ACTIVEWEAR INC., LAURENCE   :
G. SELLYN, and GLENN J. CHAMANDY.  :
                                   :
            Defendants.            :
                                   :
――――――――――――――――――――――x
ALEJANDRO ALEGRE, Individually and on :
Behalf of All Others Similarly Situated, :   Electronically Filed
                                   :
            Plaintiff,             :   Civil Action No.: 1:08-cv-06144 (HB)
     v.                            :   (ECF Case)
                                   :
GILDAN ACTIVEWEAR INC., GLENN J.   :   Hon. Harold Baer
CHAMANDY and LAURENCE G. SELLYN,   :
                                   :
            Defendants.            :
                                   :
――――――――――――――――――――――x

I, Christopher J. Keller, hereby certify, that on September 2, 2008, I electronically filed a true and correct copy of the following document:

- Notice of Non-Opposition to the Motion of the Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

malba@csgrr.com, drosenfeld@csgrr.com, srudman@csgrr.com,

frawleyb@sullcrom.com, holleys@sullcrom.com, drscott@scott-scott.com, and

esmith@brodsky-smith.com.

I also hereby certify that I have caused a true and correct copy of the foregoing document to be served via U.S. mail to the following:

D. Seamus Kaskela
David M. Promisloff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Rd.
Radnor, PA 19087

/s/  *Christopher J. Keller*
Christopher J. Keller (CK-2347)