UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

In re GILDAN ACTIVEWEAR INC.      :    Civil Action No. 1:08-cv-05048-HB
SECURITIES LITIGATION          :
                                  :

This Document Relates To:         :    NOTICE OF APPEAL

     ALL ACTIONS.            :

---------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2009

PLEASE TAKE NOTICE that Lead Plaintiffs City of Saint Clair Shores Police and Fire

Retirement System, Norfolk County Retirement System, and City of Pontiac Policemen's and

Firemen's Retirement System, and additional Plaintiff City of Detroit Policeman's and Fireman's

Retirement Systems (collectively "Plaintiffs"), in the above-captioned case, hereby appeal to the

United States District Court for the Second Circuit from the following two orders:

1.    The court's July 1, 2009 Order Granting Defendants' Motion to Dismiss; and

2.    The court's December 4, 2009 Order Denying Plaintiffs' Motion for
     Reconsideration.

DATED: December 30, 2009        LABATON SUCHAROW LLP
                            CHRISTOPHER J. KELLER
                            JONATHAN GARDNER
                            BRIAN D. PENNY

*Jonathan Gardner / FM*

                            Jonathan Gardner

                            140 Broadway, 34th Floor
                            New York, NY 10005
                            Telephone: 212/907-0700
                            212/818-0477 (fax)

JAN 0 4 2010

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Co-Lead Counsel for Plaintiffs*

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

SCOTT + SCOTT
DAVID R. SCOTT
ERIN GREEN COMITE
108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)

*Additional Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Jonathan Gardner, hereby certify that on December 30, 2009, I caused a true and

correct copy of the attached:

Notice of Appeal

to be served electronically on all counsel registered for electronic service for this case, and by

first class mail to:

Steven L. Holley
Brian T. Frawley
Laurent S. Wiesel
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

*Attorneys for Defendants*

*Jonathan Gardner / FW*
Jonathan Gardner