USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re GILDAN ACTIVEWEAR INC.           :
SECURITIES LITIGATION                  :      08 Civ. 5048 (HB)
                                       :
This document relates to:              :
ALL ACTIONS                            :      CLASS ACTION
                                       :
                                       :      ORDER
                                       :
-----------------------------------------------------------------x

**Hon. Harold Baer, Jr., U.S.D.J.:**

WHEREAS on September 20, 2010, I issued an Order which provided that Co-Lead Counsel "should make every effort to assign to this matter at least one minority lawyer and one woman lawyer with requisite experience" (the "Class Action Order"), Docket No. 59; and

WHEREAS Co-Lead Counsel, Labaton Sucharow LLP and Robbins Geller Rudman and Dowd LLP, each sent a letter to the Court on October 4, 2010, setting forth the staffing of the case, as well as information on the firms' well-established diversity and diversity mentorship programs and the firms' efforts to promote diversity in the legal profession; and

WHEREAS Co-Lead Counsel believe that the Class Action Order may have been misconstrued to give the mistaken impression that the Court was expressing a specific factual view about Labaton Sucharow and/or the Robbins Geller firm; it is hereby

ORDERED that the Class Action Order was not intended to be critical in any way of Co-Lead Counsel's prosecution of the case, its staffing of the case, or its diversity efforts. The Court made no finding nor was it aware of Co-Lead Counsel's record of diversity in this or any other matter, but rather was expressing its view that the diversity considerations set out in the J.P. Morgan Order, 242 F.R.D. 265, 277 (S.D.N.Y. 2007), were goals I would urge be met in similar cases that come before me; and it is further

ORDERED that having reviewed the letter submissions of Co-Lead Counsel and the representations made at the argument on October 7, 2010, it is clear that both the Labaton Sucharow and Robbins Geller firms have demonstrated their commitment to minority and diversity hiring.

**SO ORDERED**

New York, New York
October 22, 2010

_____
U.S.D.J.